UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EIDP, INC.; DUPONT DE NEMOURS, INC.;<br>THE CHEMOURS COMPANY;<br>THE CHEMOURS COMPANY FC, LLC;<br>CORTEVA, INC.; and 3M COMPANY,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00239-SRU<br><br><br><br><br><br><br><br>April 8, 2024 |

## MOTION FOR REMAND TO SUPERIOR COURT AND FOR COSTS AND FEES

Plaintiff State of Connecticut ("State") hereby respectfully moves this Court for an Order pursuant to 28 U.S.C. § 1447(c) remanding this matter to Connecticut Superior Court, Judicial District of Hartford, and awarding the State costs and fees incurred as a result of Defendant's removal. Defendant has failed to meet its burden of establishing this Court's jurisdiction under any of the bases cited in Defendant's Notice of Removal. Moreover, Defendant cannot credibly contend that it had any objectively reasonable basis for removal of this action, which is simply the State enforcing its consumer protection statute. In support of this motion, the State relies on its accompanying Memorandum of Law in Support of Plaintiff's Motion for Remand to Superior Court and for Costs and Fees.

Respectfully submitted,

PLAINTIFF STATE OF CONNECTICUT

WILLIAM M. TONG
ATTORNEY GENERAL

  */s/ Christopher P. Kelly*_____

MATTHEW I. LEVINE (ct18898)
Deputy Associate Attorney General
CHRISTOPHER PATRICK KELLY (ct31247)
MICHAEL W. LYNCH (ct29076)
KAELAH M. SMITH (ct30358)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5250
Fax: (860) 808-5386
matthew.levine@ct.gov
christopher.kelly@ct.gov
michael.w.lynch@ct.gov
kaelah.smith@ct.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ *Christopher P. Kelly*_____
                                          Christopher Patrick Kelly (ct31247)