## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **11/13/2204**

**STATE OF CONNECTICUT**

Vs.

**EIDP, INC. et al**

Start Time: **10:02 AM**   End Time: **11:13 AM**

Recess (if more than ½ hr) _____ to _____

Total Time: **1** hour(s) **11** minute(s)

Case #: **3:24-cv-00239-SRU**
Honorable Judge: **Stefan R. Underhill**
Deputy Clerk: **J. Reis**
Counsel for Pla(s): **Christopher Kelly & Matthew Levine**
Counsel for Dft(s): **J. Regan, S. Mamillapalli, J. Glasser, L. Goldman, Z. Tyree**
Reporter/ECRO/Courtsmart: **Cassie Zayas**
Interpreter: **NA**   Language: **NA**
Hearing held: ✓ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

**MOTIONS**

- ■ Motion **to Remand to State Court (doc. 41)** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24