UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>        Plaintiff,<br><br>   v.<br><br>EIDP, INC.; DUPONT DE NEMOURS, INC.;<br>THE CHEMOURS COMPANY; THE<br>CHEMOURS COMPANY FC, LLC;<br>CORTEVA, INC.; and 3M COMPANY,<br><br>        Defendants. | Case No. 3:24-cv-00239-SVN<br><br><br><br><br><br><br><br>December 3, 2024 |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that the undersigned hereby enters her appearance on behalf of the plaintiff, the State of Connecticut, in the above-entitled action.

                                                  Respectfully submitted,

                                                  /s/ *Julia R. Suesser*
                                                  Julia R. Suesser (ct31713)
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  165 Capitol Avenue
                                                  Hartford, CT 06106
                                                  T: (860) 808-5250
                                                  F: (860) 808-5386
                                                  julia.suesser@ct.gov

                                                  *Counsel for Plaintiff State of Connecticut*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance was filed on December 3, 2024, using the Court's CM/ECF system, and that, therefore, service was accomplished upon counsel of record by the Court's system.

Dated: December 3, 2024                                        /s/ Julia R. Suesser

                                                                                                   JULIA R. SUESSER
                                                                                                   Assistant Attorney General